Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward, CA 94540
(510) 266-5580

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re

Glynn Fisher Jr

Debtors(s)

Chapter 13 Case Number:
17-40667-CN 13

NOTICE OF CONFIRMATION HEARING DATE, TIME AND LOCATION

TO DEBTOR(S), DEBTOR(S)' ATTORNEY AND ALL INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that a Confirmation Hearing will be held on July 25, 2017 at 1:30 pm at the United States Bankruptcy Court, 1300 Clay Street, Courtroom 215, Oakland, California.

Date: June 20, 2017

/s/ Martha G. Bronitsky
Signature of Martha G. Bronitsky
Chapter 13 Standing Trustee

In Re

    Glynn Fisher Jr

Chapter 13 Case Number:
17-40667-CN 13

          Debtors(s)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| | |
|---|---|
| June 20, 2017 | /s/Rammet Munoz Rubio |
| | Rammet Munoz Rubio |
| Glynn Fisher Jr<br>315 Wayne Pl #308<br>Oakland,CA 94606 | Patrick L Forte Atty<br>1624 Franklin St #911<br>Oakland,CA 94612 |
| (Debtor(s)) | (Counsel for Debtor) |
| Merrick Bank<br>Po Box 660702<br>Dallas, TX 75266 | |
| Titlemax<br>10327 International Blvd.<br>Oakland, CA 94603-0000 | |
| Fortiva Retail Credit<br>Po Box 790105<br>Saint Louis, MO 63179 | |
| Titlemax Of California Inc Dba Titlemax<br>15 Bull St #200<br>Savannah, GA 31401<br>(Creditor) | United States Treasury<br>Po Box 7346<br>Philadelphia, PA 191017346<br>(Creditor) |
| Franchise Tax Board<br>Po Box 2952<br>Sacramento, CA 958122952<br>(Creditor) | United States Treasury<br>Po Box 7346<br>Philadelphia, PA 191017346<br>(Creditor) |

| | | |
|---|---|---|
| 1 | Capitalone<br>Po Box 60599<br>City Of Industry, CA  917160599<br>(Creditor) | San Pablo Lytton Casino<br>C/O Global Payments Check Services, Inc.<br>Attn: Consumer Services<br>Po Box 720497<br>Atlanta, GA  30358<br>(Creditor) |
| 2 | Chase<br>Po Box 659754<br>San Antonio, TX  782659754<br>(Creditor) | First Premier Bank<br>Po Box 5529<br>Sioux Falls, SD  571175529<br>(Creditor) |
| 3 | Consumer Portfolio Services Inc<br>C/O Portfolio Recovery Associates Llc<br>Po Box 12914<br>Norfolk, VA  23541<br>(Creditor) | Fortiva Retail Credit<br>Po Box 790105<br>Saint Louis, MO  631790105<br>(Creditor) |
| 4 | Employment Development Dept<br>Po Box 826806<br>Sacramento, CA  942060001<br>(Creditor) | United States Treasury<br>Po Box 7346<br>Philadelphia, PA  191017346<br>(Creditor) |
| 5 | Fingerhut<br>6250 Ridgewood Road<br>Saint Cloud, MN  56303<br>(Creditor) | United States Treasury<br>Po Box 7346<br>Philadelphia, PA  191017346<br>(Creditor) |
| 6 | First Premier Bank<br>Po Box 5529<br>Sioux Falls, SD  571175529<br>(Creditor) | |
| 7 | Fortiva<br>Po Box 105555<br>Atlanta, GA  30348<br>(Creditor) | |
| 8 | Merrick Bank C/O Resurgent Capital Svcs<br>Po Box 10368<br>Greenville, SC  296030368<br>(Creditor) | |
| 9 | Portfolio Recovery Associates, Llc<br>Po Box 12914<br>Norfolk, VA  23541<br>(Creditor) | |